FILED
MAY 20 2011
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM ALLEN CARPENTER     PLAINTIFF

V.     CIVIL ACTION NO: 2:11-CV-113-MPM

AMERICAN HONDA FINANCE CORPORATION     DEFENDANT

## NOTICE OF REMOVAL

TO:    WILLIAM ALLEN CARPENTER, Pro Se Plaintiff
7800 Parkview Circle East
Southaven, MS 38761

Dale K. Thompson, Clerk
DeSoto County Circuit Court
2535 Highway 51 South, Room 201
Hernando, MS 38632

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, American Honda Finance Corporation, referred to as "Honda Financial" in the state court complaint, ("AHFC") has removed this action from the County Court of DeSoto County, Mississippi to the United States District Court for the Northern District of Mississippi, Delta Division, and in support thereof, states as follows:

1.    This action was originally filed in the County Court of DeSoto County, Mississippi, on April 8, 2011, bearing Civil Action No. CO2011-0629CD.

2.    AHFC was served with process in the state court action on April 20, 2011. This Notice of Removal is filed within thirty (30) days following service of process upon AHFC.

3.    Plaintiff is an adult resident citizen of DeSoto County, Mississippi. See complaint paragraph 3.

4. AHFC is a California corporation organizing and existing pursuant to the laws of the State of California, with its principal place of business located in California.

5. Plaintiff's complaint asserts solely a question under federal law which is removable to this Court without regard to citizenship of the parties or the amount in controversy, pursuant to 28 U.S.C. §§ 1331 and 1441. The complaint expressly alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* See Complaint. For all the foregoing reasons, this action is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6. Pursuant to 28 U.S.C. § 1446 (a) and (d), a copy of all process, pleadings and orders served upon AHFC in the state court action are attached hereto as Exhibit "A." This Notice of Removal is being filed with the Clerk of the County Court of DeSoto County, Mississippi and served upon the Plaintiff.

Respectfully submitted this 19th day of May, 2011.

AMERICAN HONDA FINANCE CORPORATION

By: _____
Its Attorney

OF COUNSEL:

Jim F. Spencer, Jr. (MSB # 7736)
Lindy D. Brown (MSB #101263)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com
lbrown@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., hereby certify that I have this day caused to be served via Federal Express, a true and correct copy of the above and foregoing document to the following counsel of record:

WILLIAM ALLEN CARPENTER, Pro Se Plaintiff
7800 Parkview Circle East
Southaven, MS 38761

Dale K. Thompson, Clerk
DeSoto County Circuit Court
2535 Highway 51 South, Room 201
Hernando, MS 38632

This 19th day of May, 2011.

Jim F. Spencer, Jr.

L:\1976\Honda - Carpenter\P001.Notice of Removal.wpd