**IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI**

**WILLIAM ALLEN CARPENTER** **PLAINTIFF**

**VS.** **CIVIL ACTION #**CO2011-0629CD

**HONDA FINANCIAL SERVICES** **DEFENDANT**

**CLAIM AGAINST HONDA FINANCIAL SERVICES**

**COMES NOW, William Allen Carpenter, Plaintiff,** requesting compensation for multiple complaints against Honda Financial Services.

**FACTS**

1. William Allen Carpenter, further known as Plaintiff does have an account with Honda Financial Services, a wholly owned subsidiary of American Honda Motor Corporation.
2. Honda Financial, hereby known as Defendant, does have a valid open account in the name of the Plaintiff for 2 (two) ATV vehicles.
3. This court does have jurisdiction over both parties as all transactions in person and over the phone were in the state and county of Desoto County Mississippi.
4. The Plaintiff has had unexpected financial issues and has kept in contact with Honda Financial about payments that would be late or inadequate.
5. The Plaintiff has requested that the Defendant no make multiple phone calls or any phone calls while the Plaintiff is at work.

FILED
DESOTO COUNTY, MS
APR 08 2011
Dale K. Thompson
CIRCUIT COURT CLERK

6. The Plaintiff also requested that the Defendant no call from a number that is blocked or unknown as these calls often come from fraudulent places and is a deceptive measure used by Debt collectors that is in violation of Federal Laws.

7. The Plaintiff sent request in writing sent by certified mail on March 15, 2011 with the USPS tracking # 9010 3990 0802 9463. This letter was delivered on March 20, 2011 at 8:18AM per the United States Postal Services which is considered by the court valid proof of notification. (Please see Exhibit B)

8. Honda Financial continued to contact the Plaintiff with an unknown phone number and during the working hours of the Plaintiff. 15 U.S.C. § 807(10).

*"The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."*

9. Your blocked calls are deceptive and are a violation of my rights as a consumer. As stated, I did not plan to fall behind on payments or for the country's economic situation to cause me to have problems with my finances.

   a. **3/22/2011 10:31 AM Judy called from an unknown number said she was calling for Honda Financial Services 800-532-8129**
   b. **3/22/2011 10:32 AM Judy called from an unknown number said she left a message that she is calling for Honda Financial Services 800-532-8129**
   c. **4/1/2011 Fri 11:07AM Honda Financial Services 866-950-3840**
   d. **4/1/2011 Fri 2:24 PM Honda Financial Services 866-950-3840**
   e. 4/1/2011 Fri 5:39 PM Honda Financial Services 866-950-3840 (After hours and an acceptable time, I spoke with the rep and let him know that I made payment on Friday)
   f. 4/2/2011 Sat 8:45 AM Honda Financial Services 866-950-3840 (On a weekend and within acceptable hours)
   g. **4/4/2011 Mon 2:23 PM Honda Financial Services 866-950-3840**
   h. **4/4/2011 Mon 10:56 AM Honda Financial Services 866-950-3840**
   i. 4/4/2011 Mon 5:59 PM Honda Financial Services 866-950-3840 (After hours and an acceptable time, but beyond the allowed limit for the day.)

    j. **4/5/2011 Tues 10:47 AM Honda Financial Services 866-950-3840 (Monica)**
k. **4/5/2011 Tues 12:42 PM Honda Financial Services 866-950-3840 (Roxanne)**

10. The call log since the receipt of the letter to Honda Financial is indicated in Exhibit C.

**COMPLAINT**

1. The Defendant has strictly violated the Federal Debt Collection Act § 806, 15 USC 1692(5). This is in reference to paragraph 8 under the FACTS section a, b, c, d, g, h, j, and k.

   *"Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."*

2. The Plaintiff has verbally requested that the Defendant not call from blocked phones or while the Plaintiff is at work indicating the times that the Plaintiff is available. Finally these requests were put in writing and sent to the Defendant (Exhibit A) Debt Collection Act § 805, 15 USC 1692(3). These apply to paragraph 8 under the FACTS section a, b, c, d, g, h, j, and k.

   *"at the consumer's place of employment if the debt collector knows or has reason to know that the consumer's employer prohibits the consumer from receiving such communication."*

3. These calls have no only disturbed my work, but they have endangered by maintaining a job in the future.

**DEMANDS**

1. Plaintiff prays relief from this Defendant by this honorable court as allowed by law.

2. The Plaintiff requests judgment from the court in the amount of $8,000 for violations of the Federal Laws which Mississippi normally uses as default in such cases. The amount of $1,000 for each of the calls after receipt of the letter requesting that calls and communication be limited.

a. 3/22/2011 10:31 AM Judy called from an unknown number said she was calling for Honda Financial 1-800-532-8129 **($1,000)**
b. 3/22/2011 10:32 AM Judy called from an unknown number said she left a message that she is calling for Honda Financial 1-800-532-8129 **($1,000)**
c. 4/1/2011 Fri 11:07AM Honda Financial Services 866-950-3840 **($1,000)**
d. 4/1/2011 Fri 2:24 PM Honda Financial Services 866-950-3840 **($1,000)**
g. 4/4/2011 Mon 2:23 PM Honda Financial Services 866-950-3840 **($1,000)**
h. 4/4/2011 Mon 10:56 AM Honda Financial Services 866-950-3840 **($1,000)**
j. 4/5/2011 Tues 10:47 AM Honda Financial Services 866-950-3840 (Monica) **($1,000)**
k. 4/5/2011 Tues 12:42 PM Honda Financial Services 866-950-3840 (Roxanne) **($1,000)**

Respectfully Submitted,

**William A. Carpenter (Defendant)**
7800 Parkview Circle East
Southaven, MS 38671
(901) 413-8707

[illegible] Tuesday, March [illegible], 2011

**William Allen Carpenter**
7900 Parkview Circle East
Southaven, MS 38671

[illegible]@gmail.com
[illegible]

TO: American Honda Finance Corporation
P.O. Box [illegible]
Atlanta, GA 30348-5027

RE: Account

| [illegible] | [illegible] |
| --- | --- |
| 2005 FOURTRAX RANCHER ES<br>Account Number: [redacted] | 2007 FOURTRAX RECON ES<br>Account Number: [redacted] |

To whom it may concern,

Pursuant to my rights under federal debt collection laws, I am ordering that you cease and desist communication specific communication with me immediately as outlined in the Fair Debt Collection Practices Act as defined by the Federal Trade Commission (FDCPA) 15 U.S.C. § 1692.

1. I am not asking for validation of debt or refusing to pay. I acknowledge the debt on these two accounts. I understand that I am late on my payments and will make them as soon as possible. Unforeseen circumstances caused me to become behind and [illegible] Honda Financial has worked with me to attempt to keep my accounts up to date. I plan to catch up on the payments to bring the account current and eventually pay these accounts off.

2. I am available to be contacted on after 5pm – 9pm on Monday, Tuesday, Thursday, and Friday on my cell phone number (901) [illegible]. My preference for contact is my postal mail or email as follows:

   William Allen Carpenter
   7900 Parkview Circle East
   Southaven, MS 38671

   [illegible]@gmail.com

3. I demand that your company not call me from a blocked number. I will not speak to anyone who calls with an unknown number as these calls are frequently [illegible]. I have contacted your company by phone after these unknown calls and explained that I will not speak to anyone on an unknown or blocked number. In the past the calls from Honda were not from a blocked number and this seems to be a new [illegible] of which I take as deceitful practice.

   Please refer to 15 U.S.C. § 806(5) "Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."

   Honda Financial calls my phone two times in a row, several times a day. Not every day, but sporadically. This is during my work hours and disrupts my work. I do take the time to notify Honda when I am making a payment since I am behind and feel that these calls have become harassing.

Page 1 of 2

[illegible] Tuesday, March [illegible], 2011

Also take note of 15 U.S.C. § 807(10) "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."

Your blocked calls are deceptive and are a violation of my rights as a consumer. As stated, I did not plan to fall behind on payments or for this country's economic situation to cause me to have complications with my finances.

4. Do not, under any circumstances contact the number 901-[illegible] as anyone or for any reason as this is not my number and will result in an immediate complaint filed against your company.
5. Do not under any circumstances contact anyone in my family, immediate family members or my friends in reference to this account.

For the above items and #2, I do not think that I need to cite any rules. DO NOT call any number other than the number provided in #2 above.

Since I have verbally requested these actions multiple times I am sending written order for these demands to be carried out. According to Federal Law, violations of the above demands are punishable by a $1000 per occurrence and are cumulative.

This letter is being sent via certified mail. If these stipulations are broken I will immediately prepare and file official complaint in the appropriate court and it will add additional motions each time these federal rules are violated. Meaning, if you call me from a blocked number, I will ask the representative's name and add a motion requesting the appropriate $1000 in damages. If I am then called back 2 minutes later (as happens many times) I will again ask the representative's name, verify that it is indeed Honda Financial and add a second motion seeking the $1000 in damages. The other problem is calling my relatives. My friends and relatives have been informed and will request the representative's name and I will ask the party to file affidavit and then I will file a motion for a $1000 fine for damages. As with my phone, my relatives have been receiving two calls in a row from Honda Financial then this will mean two motions each for $1000.

For Example – Today alone, I received 4 blocked or unknown calls during work hours from Honda Financial. One of my relatives received 2 calls from Honda Financial. If this happens again, this would mean I would be filing 6 motions seeking $6000 in damages from Honda Financial. I think it will be to your advantage to give this matter immediate attention.

Respectfully,

[signature]

William Allen Carpenter

Page 2 of 2

**Exhibit A**

```
SOUTHAVEN MPO
7550 AIRWAYS BLVD
SOUTHAVEN, MS 38671-9998

03/15/2011                    08:55:16 PM
==========================================

            Sales Receipt
Product          Sale     Unit      Final
Description      Qty      Price     Price

ATLANTA GA  ?-348-5027                $.44
Zone-4 First-Class Mail®
Letter
 0 lb. 0.10 oz.
 * Expected delivery Friday, March 18.
 Certified Mail™                     $2.80
 Return Receipt (email)              $1.10
 Label #:
 7196 9010 3990 0802 9463
                                  ========
Issue Postage:                       $4.34

Total:                          ==========
                                     $4.34

Paid by:
DebitCard                            $4.34
  Account #:
  Approval #:
  Transaction #:    338
  23-902260074-99
  Receipt #:        107463

APC Transaction #:            115
USPS® #                       277018-9550

*****************************************
* IMPORTANT: For Return Receipt (by     *
* email), wait at least one day, but    *
* no more than 60 days, to make your    *
* request; visit www.usps.com;          *
* select "Track & Confirm"; enter       *
* label number(s); select "Request      *
* Return Receipt (Electronic)";         *
* enter your name and email address.    *
*****************************************

To check on the delivery status of
your Certified Mail™ article, visit
our Track & Confirm website at
www.usps.com or use this Automated
Postal Center™ (or any Automated
Postal Center™ at other Postal
locations).

             Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

Cease & Desist to Honda

**Exhibit B**

Honda financial calls to 901-413-8707

**Honda Financial violations of the FDCPA**

Label/Receipt Number: **7196 9010 3990 0802 9463**
Expected Delivery Date: **March 18, 2011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
**Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 8:18 am on March 20, 2011 in ATLANTA, GA 30348.

Detailed Results:

- **Delivered, March 20, 2011, 8:18 am, ATLANTA, GA 30348**
- **Arrival at Unit, March 20, 2011, 1:25 am, ATLANTA, GA 30304**
- **Acceptance (APC), March 15, 2011, 8:55 pm, SOUTHAVEN, MS 38671**

All following calls were made to 901-413-8707

Cease and Desist sent on 3/15/2011 by certified mail. 7196 9010 3990 0802 9463 and was received on 3/20/2011.

a. 3/22/2011 10:31 AM Judy called from an unknown number said she was calling for Honda Financial 1-800-532-8129
b. 3/22/2011 10:32 AM Judy called from an unknown number said she left a message that she is calling for Honda Financial 800-532-8129
c. 4/1/2011 Fri 11:07AM Honda Financial 866-950-3840
d. 4/1/2011 Fri 2:24 PM Honda Financial 866-950-3840
e. 4/1/2011 Fri 5:39 PM Honda Financial 866-950-3840 (After hours and an acceptable time, I spoke with the rep and let him know that I made payment on Friday)
f. 4/2/2011 Sat 8:45 AM Honda Financial 866-950-3840 (On a weekend and within acceptable hours)
g. 4/4/2011 Mon 2:23 PM Honda Financial 866-950-3840
h. 4/4/2011 Mon 10:56 AM Honda Financial 866-950-3840
i. 4/4/2011 Mon 5:59 PM Honda Financial 866-950-3840 (After hours and an acceptable time, but beyond the allowed limit for the day.)
j. 4/5/2011 Tues 10:47 AM Honda Financial 866-950-3840 (Monica)
k. 4/5/2011 Tues 12:42 PM Honda Financial 866-950-3840 (Roxanne)

At this time I am expecting **$8,000** in compensation from Honda financial for violations against the Federal Debt Collection Practices Act.

America Honda Finance Corporation
Attention: John King
P.O. Box 1844
Alpharetta, GA 30023

Page 1 of 1

**Exhibit C**

Honda Financial Cease & Desist Harassing and annoying phone contact Tuesday, March 15, 2011

**William Allen Carpenter**
7800 Parkview Circle East
Southaven, MS 38671

*wacarp71@gmail.com*
**http://carpenter1.us**

TO: American Honda Finance Corporation
P.O. Box 10527
Atlanta, GA 30348-5027

**RE: Accounts**

| Rancher 2008<br>2008 FOURTRAX RANCHER ES<br>Account Number: [redacted] | Recon 2007<br>2007 FOURTRAX RECON ES<br>Account Number: [redacted] |
|---|---|

To whom it may concern,

Pursuant to my rights under federal debt collection laws, I am ordering that you cease and desist communication specific communication with me immediately as outlined in the Fair Debt Collection Practices Act as outlined by the Federal Trade Commission, **(FDCPA) 15 U.S.C. § 1692.**

1. I am not asking for validation of debt or refusing to pay. I acknowledge the debt on these two accounts. I understand that I am late on my payments and will make this as soon as possible. Unforeseen circumstances caused me to become behind and to this point Honda Financial has worked with me to attempt to keep my accounts up to date. I plan to catch up on the payments to bring the account current and eventually pay the two accounts off.

2. **I am available to be contacted on after 5pm – 9pm on Monday, Tuesday, Thursday, and Friday on my cell phone number (901) 413-8707.** My preference for contact is my postal mail or email as follows:

   William Allen Carpenter
   7800 Parkview Circle East
   Southaven, MS 38671

   wacarp71@gmail.com

3. I demand that your company not call me from a blocked number. I will not speak to anyone who calls with an unknown number as these calls are frequently related to fraud. I have contacted your company by phone after these unknown calls and explained that I will not speak to anyone on an unknown or blocked number. In the past the calls from Honda were not from a blocked number and this seems to be a new tactic of which I take as deceitful practice.

   Please refer to: **15 U.S.C. § 806(5)** "Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."

   Honda Financial calls my phone two times in a row, several times a day.
   Not every day, but sporadically. This is during my work hours and disturbs my work. I do take the time to notify Honda when I am making a payment since I am behind and feel that these calls have become harassing.

Also take note of **15 U.S.C. § 807(10)** "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."

Your blocked calls are deceptive and are a violation of my rights as a consumer. As stated, I did not plan to fall behind on payments or for the country's economic situation to cause me to have problems with my finances.

4. Do not, under any circumstances contact the number 901-258-2402 at anytime or for any reason as this is not my number and will result in an immediate complaint filed against your company.
5. Do not under any circumstances contact anyone in my family, at my place of business, or any friend in reference to this account.

For the above #4 and #5, I do not think that I need to cite any rules. **DONOT** call any number other than the number provided in #2 above.

Since I have verbally requested these actions multiple times I am sending written order for these demands to be carried out. According to Federal Law, violations of the above demands are punishable by a $1000 per occurrence and are cumulative.

This letter is being sent via certified mail. If these stipulations are broken I will immediately prepare and file official complaint in the appropriate court and at will add additional motions each time these federal rules are violated. Meaning, if you call me from a blocked number, I will ask the representatives name and add a motion requesting the appropriate $1000 in damages. If I am then called back 2 minutes later (as happens many times) I will again ask the representative's name, verify that it is indeed Honda Financial and add a second motion seeking the $1000 in damages. The other problem is calling my relatives. My friends and relatives have been informed and will request the representative's name and I will ask the party to file affidavit and then I will file a motion for a $1000 fine for damages. As with my phone, my relatives have been receiving two calls in a row from Honda Financial thus this will mean two motions each for $1000.

For Example – Today alone, I received 4 blocked or unknown calls during work hours from Honda Financial. One of my relatives received 2 calls from Honda Financial. If this happens again, this would mean I would be filing 6 motions seeking $6000 in damages from Honda Financial. I think it will be to your advantage to give this matter immediate attention.

Respectfully,

William Allen Carpenter

Honda financial calls to 901-413-8707

**Honda Financial violations of the FDCPA**

Label/Receipt Number: **7196 9010 3990 0802 9463**
Expected Delivery Date: **March 18, 2011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
**Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 8:18 am on March 20, 2011 in ATLANTA, GA 30348.

Detailed Results:

- **Delivered, March 20, 2011, 8:18 am, ATLANTA, GA 30348**
- **Arrival at Unit, March 20, 2011, 1:25 am, ATLANTA, GA 30304**
- **Acceptance (APC), March 15, 2011, 8:55 pm, SOUTHAVEN, MS 38671**

All following calls were made to 901-413-8707

Cease and Desist sent on 3/15/2011 by certified mail. 7196 9010 3990 0802 9463 and was received on 3/20/2011.

a. **3/22/2011 10:31 AM Judy called from an unknown number said she was calling for Honda Financial 1-800-532-8129**
b. **3/22/2011 10:32 AM Judy called from an unknown number said she left a message that she is calling for Honda Financial 800-532-8129**
c. **4/1/2011 Fri 11:07AM Honda Financial 866-950-3840**
d. **4/1/2011 Fri 2:24 PM Honda Financial 866-950-3840**
e. 4/1/2011 Fri 5:39 PM Honda Financial 866-950-3840 (After hours and an acceptable time, I spoke with the rep and let him know that I made payment on Friday)
f. 4/2/2011 Sat 8:45 AM Honda Financial 866-950-3840 (On a weekend and within acceptable hours)
g. **4/4/2011 Mon 2:23 PM Honda Financial 866-950-3840**
h. **4/4/2011 Mon 10:56 AM Honda Financial 866-950-3840**
i. 4/4/2011 Mon 5:59 PM Honda Financial 866-950-3840 (After hours and an acceptable time, but beyond the allowed limit for the day.)
j. **4/5/2011 Tues 10:47 AM Honda Financial 866-950-3840 (Monica)**
k. **4/5/2011 Tues 12:42 PM Honda Financial 866-950-3840 (Roxanne)**

At this time I am expecting **$8,000** in compensation from Honda financial for violations against the Federal Debt Collection Practices Act.

America Honda Finance Corporation
Attention: John King
P.O. Box 1844
Alpharetta, GA 30023

SOUTHAVEN MPO
7550 AIRWAYS BLVD
SOUTHAVEN, MS 38671-9998

03/15/2011 08:55:16 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ATLANTA, GA ?0348-5027 | | | $.44 |
| Zone-4 First-Class Mail® | | | |
| Letter | | | |
| 0 lb. 0.10 oz. | | | |
| * Expected delivery Friday, March 18. | | | |
| Certified Mail™ | | | $2.80 |
| Return Receipt (email) | | | $1.10 |
| Label #: 7196 9010 3990 0802 9463 | | | |

Issue Postage: $4.34

Total: $4.34

Cease & Desist to Honda

Paid by:
DebitCard $4.34
Account #: [redacted]
Approval #:
Transaction #: 339
23-902260074-99
Receipt #: 107463

APC Transaction #: 115
USPS® # 277618-9550

* IMPORTANT: For Return Receipt (by email), wait at least one day, but no more than 60 days, to make your request; visit www.usps.com; select "Track & Confirm"; enter label number(s); select "Request Return Receipt (Electronic)"; enter your name and email address.

To check on the delivery status of your Certified Mail™ article, visit our Track & Confirm website at www.usps.com or use this Automated Postal Center™ (or any Automated Postal Center™ at other Postal locations).

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.