IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM ALLEN CARPENTER                  PLAINTIFF

VS.                                                  CIVIL ACTION NO. 2:11-cv-113

AMERICAN HONDA FINANCE CORPORATION          DEFENDANT

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), William Allen Carpenter and American Honda Finance Corporation, being all of the parties to this action, jointly move the Court to dismiss this action with prejudice with each party to bear its own costs and attorneys fees.

WHEREFORE, the parties to this action jointly request the Court to enter an order of dismissal in accordance with the terms of this motion.

This the 8th day of July, 2011.

Respectfully submitted,

By: _____ 6/25/2011
William A. Carpenter
7800 Parkview Circle East
Southaven, MS 38671

Pro Se Plaintiff

By: /s/ Lindy D. Brown

Lindy D. Brown (MS Bar #101263)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
lbrown@watkinseager.com

Attorney for American Honda Finance Corporation

## CERTIFICATE OF SERVICE

  I, Lindy D. Brown, hereby certify that I have this day caused to be served by U.S. Mail a true and correct copy to the following counsel of record:

WILLIAM ALLEN CARPENTER, Pro Se Plaintiff
7800 Parkview Circle East
Southaven, MS 38761

  This __8th__ day of __July__, 2011.

                 _____
                 Lindy D. Brown