IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM ALLEN CARPENTER     PLAINTIFF

VS.     CIVIL ACTION NO. 2:11-cv-113

AMERICAN HONDA FINANCE CORPORATION     DEFENDANT

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is now before the Court upon the motion, ore tenus, of the parties for a dismissal of any and all claims of the plaintiff against the defendant arising out of or related to this cause of action, and the Court, having considered same, does hereby find that the parties' motion is well-taken and shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause of action, pursuant to Federal Rule of Civil Procedure 41, shall hereby be dismissed with prejudice, with each party to be responsible for their own costs.

SO ORDERED AND ADJUDGED this the 11th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Agreed and approved:

_____ 6/25/2011
WILLIAM ALLEN CARPENTER,
Pro Se plaintiff

_____
LINDY D. BROWN (MB # 101263)
Attorney for American Honda Finance Corporation